ORIGINAL

(Del Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

JOHN S SHIPLEY
ROCHELL D SHIPLEY
(Name of Plaintiff or Plaintiffs)

v.

NEW CASTLE COUNTY, A POLITICAL
SUBDIVISION OF STATE OF DELAWARE.
MICHAEL P WALSH, SHERIFF
SHARON AGNEW, PROTHONATARY OF
(Name of Defendant or Defendants)
NEW CASTLE COUNTY, DELAWARE

CIVIL ACTION NO. ___08-554___

## COMPLAINT

Jurisdiction of this Court is invoked pursuant to 28 U.S.C.S §1331, 28 U.S.C.S 1343, and 28 U.S.C.S §2201, This action is brought pursuant to THE 14 AMENDMENT of United States Constitution

1. This action is brought pursuant to 42 USCS §1981, 1982, 1983,1985(3) and 1986, Article 4 and the 14 Amendment
(Federal statute on which action is based)
for discrimination related to 28 U.S.C.S. §2261 discriminatory practices by defendants against Plaintiffs (In what area did discrimination occur? e.g. race, sex, religion) jurisdiction exists by virtue of

28.U.S.C.S 2201
(Federal statute on which jurisdiction is based)

2. Plaintiff resides at  609 WILDEL AVE
(Street Address)

MINA    NEW CASTLE   COUNTY   DE   19720
(City)    (County)    (State)  (Zip Code)

1302 6565050
(Area Code) (Phone Number)

3. Defendant resides at, or its business is located at  SEE OTHER SIDE
(Street Address)

_____
(City)    (County)    (State)    (Zip Code)

4. The alleged discriminatory acts occurred on  21, 10 , 6 , 2007 2008 PRESENT
(Day)    (Month)    (Year)

5. The alleged discriminatory practice  ☑ is   ☐ is not continuing.

AND OTHERS
DUE PROCESS
14 AMENDMENT
CONSPIRACY

2/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

JOHNS SHIPLEY
ROCHELL D SHIPLEY
(Name of Plaintiff or Plaintiffs)

v.

NEW CASTLE COUNTY, A POLITICAL DIVISION OF STATE OF DELAWARE.
MICHAEL P WALSH, SHERIFF
SHARON AGNEW, PROTHONATARY OF
(Name of Defendant or Defendants)
NEW CASTLE COUNTY, DELAWARE

CIVIL ACTION NO. _____

## COMPLAINT

Jurisdiction of this court is invoked pursuant to 28 U.S.C.S 28 U.S.C.S 1343, and 28 U.S.C.S § 2201, This action is brought pursuant THE 14 AMENDMENT of United States Constitution

This action is brought pursuant to 42 USCS §1981, 1982, 1983, 1985(3) and 1986, ARTicle 4 and the 14 AMENDMENT,
(Federal statute on which action is based)
imination related to 28 U.S.C.S. § 2261 discrimination of ex Practices by defedants jurisdiction exists by virtue of
Plaintiffs (In what area did discrimination occur? e.g. race, sex, religion)
§ U.S.C.S 2201

il statute on which jurisdiction is based)

Plaintiff resides at  609 WILDEL AVE
                    (Street Address)

N/A          NEWCASTLE COUNTY    DE    19720
City)        (County)        (State)    (Zip Code)

302 6565050
Area Code) (Phone Number)

Defendant resides at, or its business is located at  SEE OTHER SIDE
                                                    (Street Address)

Defendants

New Castle County,
a political Subdivision
of State of Delaware
87 Read Way Newcastle
County DE 19720

Hershal Purohit Esq

New County Castle County
Government Center 87
Reads Way New Castle
DE. 19720

Micheal P. Walsh Sheriff
of New County, DE,
New County County Court House
500 North King Street
Wilminton DE. 19802 3753

Sharon Agnew Prothonotary
of New Castle, Delaware
New County Court House
500 North King Street
Wilmington DE. 19802 3733

1

1. On October, 11, 2007, New Castle County had a judgment entered against Shipley 's Property for taxes in the amount of $3,998.40 + costs, by the Prothonotary for the years of 2006-2007 Parcel no 10-010.30-052. When Shipleys dosnt owe and taxes for those years.

2. John Shipley and Rochelle Shipley paid their taxes for the years of 2006-2007 on 7/20/2007 in the amount of $1,825.03 which covered School Taxes for 2006, Sewer Tax, County Tax for years 2006 and 2007; School Taxes for 2007 were not due.

3. Now comes John Shipley begging court to stop these proceedings in the case here and not transfer my deed of title to anyone.

4. John Shipley does not recognize any law that allows the County to take anyone's property for doing work on their property and for removing cars off of their property. Without there permission.

5. On June 10 2008 Micheal P Walsh Sheriff sold property at Sheriff sale. 609 Wildel Ave New Castle DE. 19720 Parcel 10-010.30-052 either personally or through he servant, agents, or employees or deputies

6. Sharon Agnew enter Judgment against Shipers oct 11 2007 ether personlly or through her sanvants agents or employees or duputies

7. Defendent Harshal Purohit Esq carried out all of these uncontitutional practices and discrimnatory practices.

2

PETITION NUMBER 8

8. Now comes JOHN SHIPLEY begging the court enter a stay of all proceedings in case 07T-10-002, Mow 234 Superior Court of the State of Delaware.

9. No court ever gave the defendants a judgment agaiusts Shipley property.

*John S. Shipley*
*John Shipley*
*Joh S Shipley*

WHEREFORE, Plaintiffs pray Your Honorable Court to enter judgment against Defendants as follows:

1. To award damages to Plaintiffs against all Defendants in the amount of THREE Million Dollars ($3,000,000), together with interest and court costs.

6. Plaintiff(s) filed charges with the _____
                                              (Agency)

_____
    (Street Address)   (City)   (County)   (State)  (Zip)
regarding defendant(s) alleged discriminatory conduct on: _____
                                                               (Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8. Was an appeal taken from the agency's decision?    Yes ☐    No ☐

   If yes, to whom was the appeal taken?_____

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)

ONE Through 89 On additiona SHeets

10. Defendant's conduct is discriminatory with respect to the following:

   A. ☑  Plaintiff's race
   B. ☑  Plaintiff's color
   C. ☐  Plaintiff's sex
   D. ☐  Plaintiff's religion
   E. ☐  Plaintiff's national origin

11. Plaintiff prays for the following relief:   (Indicate the exact relief requested)

Stop the DEFENDANT FROM TAKING my House

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 29-AUG-2008

_John J. Shipley_
(Signature of Plaintiff)

OTT-10-CCS
Mon-231

# M O N I T I O N

## TAKE WARNING

To all persons having or claiming to have any title, interest or lien upon the within described premises, take warning that unless the judgment for the taxes or assessment stated herein is paid within twenty days after the date hereof, or within such period of twenty days evidence of the payment of the taxes herein claimed shall be filed in the Office of the Prothonotary for New Castle County, Delaware, which evidence shall be in the form of a receipted tax bill or duplicate thereof, bearing a date prior to the filing of the lien in the Office of the Prothonotary for New Castle County, New Castle County may proceed to sell the property herein mentioned or described for the judgment for the taxes or assessments herein stated.

| Name of Person in Whose Name Property is Assessed | Year or Years | Amount of Judgment for County Taxes |
|---|---|---|
| John S. and Rochelle D. Shipley | 2006 – 2007 | $3,998.40 + Costs |

Description of Property
As it Appears Upon Assessment Rolls
of New Castle County

609 Wildel Avenue
.33 Acres
Parcel No.:10-010.30-052

ISSUED this 5th day of Oct , A.D. 2007

Sharon A_____
Prothonotary, New Castle County
PER _____
DEPUTY

POSTED this 8th day of Oct , A.D. 2007

_____
Sheriff New Castle County

Posted 12-28-07

```
NEW CASTLE COUNTY
2/13/2008  11:20AM  Rec: 0005 00028763
Loc:WIND  WS:003 CR:020   PD:2/13/2008
Account Number:1001030052        WI
SHIPLEY JOHN S & ROCHELLE,
     609 WILDEL                  AV
Paid by:
Property Tax Pmnt        $713.87
```

```
NEW CASTLE COUNTY
2/13/2008  11:20AM  Rec: 0005 00028764
Loc:WIND  WS:003 CR:020   PD:2/13/2008
Account Number:1001030052        WI
SHIPLEY JOHN S & ROCHELLE,
     609 WILDEL                  AV
Paid by:
Sewer Payment            $50.00
CA Paid                 $765.00
CHANGE                    $1.13
```

**Exempt Codes**
NONE

**PAST DUE**

Bills are due and payable upon receipt. Statutory penalties will be applied if payment is not received by 10/31/2007 without regard to postmark.

Current amounts becoming past due will be assessed an immediate penalty of 6%. ALL accounts will be charged an additional 1% penalty on the first of every month thereafter.

Unpaid taxes constitute a lien against your property. Failure to make timely payment may subject your property to foreclosure.

PLEASE NOTE ANY CHANGE OF MAILING ADDRESS ON THE REVERSE SIDE

# TAXES

# SUPPLEMENTAL TAX BILLING

## COUNTY AND OTHER TAXES

For inquiries concerning your County tax bill, please call (302) 323-2600

| Tax | Taxable Assessment | X | Rate/$100 Assessment | X | % | = | Current Amount |
|---|---|---|---|---|---|---|---|
| Total Current Tax | | | | | | | 0.00 |
| Prior Balance | | | | | | | 180.79 |
| Penalty | | | | | | | 10.85 |
| **TOTAL COUNTY AND OTHER TAXES DUE** | | | | | | | **191.64** |

## LOCAL SCHOOL DISTRICT TAXES STATE OF DELAWARE

s are set by your school district and are collected by New Castle County as required by State
ies concerning your school tax rates, please call -
ational:

| District | Taxable Assessment | X | Rate/$100 Assessment | X | % | = | Current Amount |
|---|---|---|---|---|---|---|---|
| Total Current Tax | | | | | | | 0.00 |
| Prior Balance | | | | | | | 468.18 |
| Penalty | | | | | | | 28.09 |
| **TOTAL SCHOOL DISTRICT TAXES DUE** | | | | | | | **496.27** |

*(handwritten: 713.87)*

| **TOTAL SCHOOL AND COUNTY TAXES DUE** | **687.91** |



Percentage of Current Taxes

THIS PORTION IS FOR YOUR RECORDS

```
NEW CASTLE COUNTY
7/20/2007  10:29AM  Rec: 0009 00021625
Loc:WIND  WS:003 CR:768   PD:7/20/2007
Account Number:1001030052        WI
SHIPLEY JOHN S & ROCHELLE,
     609 WILDEL                  AV
Paid by:
Sewer Payment           $115.25
CK Paid                 $500.00
CK Paid                 $500.00
CA Paid                  $30.00
CHANGE                    $2.00
```

```
NEW CASTLE COUNTY
7/20/2007  10:29AM  Rec: 0009 00021625
Loc:WIND  WS:003 CR:768   PD:7/20/2007
Account Number:1001030052        WI
SHIPLEY JOHN S & ROCHELLE,
     609 WILDEL                  AV
Paid by:
School Tax Payment     $1,825.03
```

```
NEW CASTLE COUNTY
7/20/2007  10:29AM  Rec: 0009 00021624
Loc:WIND  WS:003 CR:768   PD:7/20/2007
Account Number:1001030052        WI
SHIPLEY JOHN S & ROCHELLE,
     609 WILDEL                  AV
Paid by:
Property Tax Pmnt
```

08CV554

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
JOHN S SHIPLEY
ROCHELLE

**DEFENDANTS**
HERSHAL Purohit ESQ
NEWCASTLE COUNTY FILIAL SUBDIVISOR
Micheal P WAlSH SHERIFF
Sharon Agnew Prothonotary

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)
609 Vilde Ave NEW Castle
DE. 1302 6565050

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☑ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☑ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | ☐ 440 Other Civil Rights | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 01 29 USCS 1331, 28 USCS 1343, 28 USCS 2201 42 USCS 1981, 1982, 1983, 1985, 1986
Brief description of cause:
Sold my House for Taxes and I do not owe Taxes for 2006 of 2007

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 3 Million
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 8-29-08
SIGNATURE OF ATTORNEY OF RECORD
x John S Shpley

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. \_\_\_\_08-554\_\_\_\_

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF \_\_\_4\_\_\_ COPIES OF AO FORM 85.

\_\_\_8/29/08_____     X  *John J. Shifty*  _____
(Date forms issued)            (Signature of Party or their Representative)

_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:  C.A.#  08-554

CASE CAPTION: _____ v. _____

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received by Plaintiff: _____   Signed: _____
                                            Pro Se Plaintiff

Date Received by Clerk's office: 8/29/08   Signed: _____
                                            Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_____
Date mailed

_____
By Deputy Clerk

cc: Docketing Clerk

wp\forms\rule4receipt 2-04