08-554

I John S Shipley

Need a judge enter a stay in the state court Because the county sold my house at a sheriff sale on June 10-08 and it for taxes I didn't owe any tax for 2006-2007 They are paid and I need this court to stop them from transfering my deed the 90 days will be up 8. or Sept

*Johny Shipley*

8-29-08

2008 AUG 29 PM 4:28
CLERK U.S. DISTRICT
DISTRICT OF DELAWARE