AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of Delaware

JOHN & ROCHELLE SHIPLEY
Plaintiff
v.
NEW CASTLE County A Political
Defendant
Subdivision of State of Delaware

Civil Action No. 08-554

JURY DEMAND

**Summons in a Civil Action**

To: *(Defendant's name and address)*

87 READS WAY NEW CASTLE
County DE. 19720

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

JOHN, ROCHELLE SHIPLEY
609 Wilde Ave NEW Castle
DE. 19720

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO
Name of clerk of court

Date: SEPT-2-08

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on September 2nd 2008 by:

(1) personally delivering a copy of each to the individual at this place, 87 Reads Way New Castle County Building New Castle DE. Accepted by Brande Cipolloni at 1:57 pm. ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: 9/2/08

Shane Handlin
Server's signature

Shane Handlin Process Server
Printed name and title

230 N Market St Wilmington DE
Server's address