AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of Delaware

JOHN Rochelle SHIPLEY
_____
Plaintiff
v.
Micheal P. Walsh Sheriff
of New Castle County
_____
Defendant

Civil Action No. 08-554

JURY DEMAND

**Summons in a Civil Action**

To: *(Defendant's name and address)*

NEW CASTLE County Court House
500 North King Street
Wilmington DE. 19802-3733  SHERRIFF DEPARTMENT

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

John, Rochelle Shipley
609 Wilde/ Ave   New Castle DE. 19720

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO
Name of clerk of court

Date: 9-2-08 JS

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **September 2nd, 2008** by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____.

**Service was refused by Loretta Walsh on behalf of defendant at 1:47pm**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: **9/2/08**

Server's signature

**Lauren Morrison   Process Server**
Printed name and title

**250 N Market St Wilmington DE**
Server's address